**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| LINDA MAYBEARRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    No. 4:07CV1873-DJS |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

<u>ORDER</u>

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #28] is accepted and adopted.

Dated this ___13th___ day of January, 2009.


                                        /s/Donald J. Stohr
                                        UNITED STATES DISTRICT JUDGE